KATHLEEN A. LEAVITT
Chapter 13 Bankruptcy Trustee
District Of Nevada
201 Las Vegas Blvd South, Suite 200
LAS VEGAS, NEVADA 89101
(702) 853-0700

RECEIVED
AND FILED

MAR 24  9 53 AM '11

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RE:   James Mandoki
      1629 Xanadu
      Henderson, NV 89014

BK-S-08-10550-MKN
Chapter 13

## NOTICE OF UNCLAIMED FUNDS

TO:   Clerk, United States Bankruptcy Court

From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS163300 |
|---|---|---|---|
| 27 | Chase Bank USA, N.A.<br>Circuit City Private Label EPP<br>P.O. Box 100018<br>Kennesar, GA 30156 | | $949.54 |
| | Total | | $949.54 |

*Kathleen A. Leavitt, Trustee*    Date: MAR 2 4 2011

Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check

CC:   James Mandoki
      Randolph H. Goldberg, Esquire

#200778        $949.54